UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

MATTHEW AMATO             :

                                 :

V                         :       C.A. NO.: 1:22-cv-00248-WES-PAS

JOHNSON WALES UNIVERSITY  :

### VOLUNTARILY DISMISSAL OF COMPLAINT

I, Matthew Amato, as a pro se plaintiff hereby voluntarily dismiss the above captioned case, without prejudice, and ask that the court dismiss this action.

_____

Matthew Amato    - July 18, 2022

Pro se Plaintiff.